# Exhibit A

# Exhibit A
## Pre-Petition Income

| Year | Gross Income | Cost of Goods | Gross Profit | Deductions | Taxable Income |
|---|---|---|---|---|---|
| 2015 | $569,624. | $373,501. | $196,123. | $199,654. | ($3,531.) |
| 2016 | $281,134. | $132,461. | $148,673. | $153,154. | ($4,481.) |
| 2017 | $268,032. | $115,382. | $152,650. | $147,715. | $4,935. |