# Exhibit B1

Exhibit B1
Post-Petition Income

| Mo/Yr | Gross Income | Expenses | Profit |
|---|---|---|---|
| 11/18 | $11,044.29 | $5,053.55 | $5,990.74 |
| 12/18 | $24,893.15 | $15,882.67 | $9,010.48 |
| 1/19 | $27,571.44 | $28,249.44 | $579.48 |
| 2/19 | $22,878.37 | $21,712.79 | $1,165.58 |
| 3/19 | $42,778.79 | $34,416.83 | $8,676.46 |
| 4/19 | $37,093.28 | $40,989.00 | -$3,895.72 |
| 5/19 | $25,725.85 | $30,055.61 | -$4,329.76 |