# Exhibit B2

# Rex Printing Company

## PROFIT AND LOSS
### January - July, 2019

| | TOTAL |
|---|---:|
| **Income** | |
| 3001 Sales-Printing | |
| 3025 Printing Services | 223,881.13 |
| **Total 3001 Sales-Printing** | **223,881.13** |
| 4999 Uncategorized Income | 0.35 |
| Sales | 0.00 |
| **Total Income** | **$223,881.48** |
| **Cost of Goods Sold** | |
| 4100 Materials | 3,496.47 |
| 4200 Subcontractor | |
| 4203 Displays | 450.00 |
| 4207 Mailers | 1,010.84 |
| 4209 Prepress | 200.00 |
| 4210 Printing | 138,445.31 |
| **Total 4200 Subcontractor** | **140,106.15** |
| 4270 Shop supplies | 446.31 |
| 4400 Shipping and postage | 748.96 |
| 4405 Shipping Costs | 132.91 |
| **Total 4400 Shipping and postage** | **881.87** |
| **Total Cost of Goods Sold** | **$144,930.80** |
| **GROSS PROFIT** | **$78,950.68** |
| **Expenses** | |
| 7000 Payroll Expenses | |
| 7100 Payroll expense-Wages | 22,438.83 |
| 7110 Payroll expense-taxes | 8,702.51 |
| 7400 Administrative Exp | 1,800.30 |
| **Total 7000 Payroll Expenses** | **32,941.64** |
| 8020 Accounting | 750.00 |
| 8080 Auto Gas & Repairs | 3,103.48 |
| 8090 Gas and Delivery Van | |
| 8091 Other Miscellaneous Service Cost | 3,501.33 |
| **Total 8090 Gas and Delivery Van** | **3,501.33** |
| 8120 Bank Service Charges | -259.63 |
| 8180 Casual Labor | 154.50 |
| 8230 Computer expense | 1,210.42 |
| 8400 Co. Ins/Liability, Van, Work Comp | 4,166.43 |
| 8405 Liability Insurance | 589.72 |
| 8410 Health & accident | 1,532.05 |
| 8420 Worker's compensation | 457.43 |
| **Total 8400 Co. Ins/Liability, Van, Work Comp** | **6,745.63** |
| 8480 Legal expense | 1,328.10 |
| 8550 Meals-staff | 1,471.09 |

18-55671-pjs    Doc 88-3    Filed 07/29/19    Entered 07/29/19 10:22:32    Page 2 of 3

| | TOTAL |
|---|---|
| 8600 Office Supplies | 721.80 |
| 8640 Maintenance | 1,996.03 |
| 8660 Permits and licenses | 159.75 |
| 8960 Marketing/Online, Adv/Sales  Expense | 448.80 |
| 8961 Sales Promotions | 2,541.48 |
| 8962 Sales Expense | 1,376.50 |
| 8990 Utilities | 5,339.18 |
| **Total Expenses** | **$63,530.10** |
| NET OPERATING INCOME | **$15,420.58** |