Exhibit C

# Expectations Forcast:

## District Publishing and Moslem Shrine Center monthly total projections towards overhead

District Publishing monthly sales averages at 141 pages per month to cover total monthly overhead costs.
$162 per page - $100 per page paid to Popcorn - 3% $4.86 per page client discount = $66.86 per page
141 pages X $66.86 = **$9,427.26 total towards monthly overhead**
Sample:
January 2019 page count = $134 Pages
February 2019 page count = $148 Pages
March 2019 page count = $156 Pages

### Moslem Detroit Shriners
**10 month** design, print and mail **$1,110.00 each total towards monthly overhead**
**2 month** design and online version = **$545.00 each towards monthly overhead**

### Other Recurring Clients

CER miscellaneous previous 2018 sales $22,640.00 and projected for current 2019 profit
$7,716 *2019 estimated profit towards overhead

RHB miscellaneous previous 2018 sales $14,940.00 and projected for current 2019 profit
$5,363.85 *2019 estimated profit towards overhead

Zenobia Shriners previous 2018 sales $2,427.78 and projected current 2019 profit
$800.00 *2019 estimated profit towards overhead

US Truck School previous 2018 sales $1,950.15 and projected 2019 profit
$1,092.00 *2019 estimated profit towards overhead

Berline Agency previous 2018 sales $7,657.20 and projected 2019 profit
$2,483.00 *2019 estimated profit towards overhead

*New 2019 Client since move = Tour Service Group total current sales = $4,471.83
$775.00 *2019 estimated profit towards overhead

2019 monthly estimated expenses between $8,000-$12,000
2019 monthly estimated sales between $25,000 - $35,000 + New Client Sales





7/28/2019        Report

## Rex Printing Company
### Expense By Category



| % | Category | ($)Amount |
|---|---|---|
| 67.21% | 4200 Subcontractor | 140,106.15 |
| 15.80% | 7000 Payroll Expenses | 32,941.64 |
| 3.24% | 8400 Co. Ins/Liability, Van, Work Comp | 6,745.63 |
| 2.56% | 8990 Utilities | 5,339.18 |
| 1.68% | 8090 Gas and Delivery Van | 3,501.33 |
| 9.51% | Other | 19,826.97 |

Sunday, Jul 28, 2019 05:03:22 PM GMT-04:00 - Accrual Basis

---

7/28/2019        Report

## Rex Printing Company
### Previous Year Expense Comparison

$ in 1000's

[Bar chart comparing 2018 and 2019 expenses by quarter]

| Quarter | 2018 | 2019 |
|---|---|---|
| Q1 | $82,781.41 | $82,345.07 |
| Q2 | $71,902.45 | $123,943.81 |
| Q3 | $69,148.84 | $2,172.02 |
| Q4 | $82,860.04 | - |

Sunday, Jul 28, 2019 05:05:23 PM GMT-04:00 - Accrual Basis