UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

Rex Printing Company,

Debtor.

_____/

Chapter 11
Case No. 18-55671-pjs
Hon. Phillip J. Shefferly

## STIPULATION FOR ENTRY OF ORDER ADJOURNING THE HEARING ON CONFIRMATION OF THE DEBTOR'S CHAPTER 11 PLAN

IT IS HEREBY STIPULATED AND AGREED by and between the Debtor, Rex Printing Company, though its counsel, Jay S. Kalish, the Office of the United States Trustee, though Ronna G. Jackson, Trial Attorney, the Michigan Department of Treasury, through its counsel, Moe Freedman, and the Michigan Unemployment Insurance Agency, through its counsel, Peter T. Kotula, for entry of an Order adjourning the hearing on Confirmation of the Debtor's Chapter 11 Plan from August 30, 2019 until September 6, 2019 at 11:00 a.m.

| | |
|---|---|
| JAY S. KALISH & ASSOCIATES, P.C. | OFFICE OF THE U. S. TRUSTEE |
| | |
| */s/ Jay S. Kalish* . | */s/ Ronna G. Jackson w/consent* . |
| JAY S. KALISH (P26301) | RONNA G. JACKSON |
| Attorney for Debtor | Trial Attorney |
| 2000 Town Center, Suite 1900 | 211 W. Fort Street, Suite 700 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 932-3000 | (313) 226-6934 |
| *jskalish@aol.com* | ronna.g.jackson@usdoj.gov |
| | |
| DANA NESSEL, Attorney General | DANA NESSEL, Attorney General |
| | |
| */s/ Moe Freedman w/consent* . | */s/ Peter T. Kotula w/consent* . |
| MOE FREEDMAN (P74224) | PETER T. KOTULA (P41629) |
| Assistant Attorney General | Assistant Attorney General |
| Attorney for Michigan Dept. of Treasury | Labor Division |
| 3030 W. Grand Blvd. | Attorney for Michigan Unemployment |
| Suite 10-200 | Insurance Agency |
| Detroit, MI 48202 | 3030 W. Grand Blvd., Ste. 9-600 |
| (313) 456-0140 | Detroit, MI 48202 |
| | (313) 456-2200 |

1