UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

    Rex Printing Company,

          Debtor.
_____/

Chapter 11
Case No. 18-55671-pjs
Hon. Phillip J. Shefferly

## STIPULATED ORDER ADJOURNING THE HEARING ON CONFIRMATION OF THE DEBTOR'S CHAPTER 11 PLAN

This matter having come before the Court on the Stipulation by and between the Debtor, Rex Printing Company, though its counsel, Jay S. Kalish, the Office of the United States Trustee, though Ronna G. Jackson, Trial Attorney, the Michigan Department of Treasury, through its counsel, Moe Freedman, and the Michigan Unemployment Insurance Agency, through its counsel, Peter T. Kotula, for entry of an Order adjourning the hearing on Confirmation of the Debtor's Chapter 11 Plan from August 30, 2019 until September 6, 2019 at 11:00 a.m.

**THE COURT BEING DULY ADVISED IN THE PREMISES:**

**IT IS ORDERED** that the hearing on Confirmation of the Debtor's Chapter 11 Plan is adjourned from August 30, 2019 until September 6, 2019 at 11:00 a.m.

1