# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Rex Printing Company

    Debtor.

_____ /

Case Number: 18-55671-pjs

Chapter 11

Hon. Phillip J. Shefferly

Small Business Case Under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _12-1-19 – 12-31-19_ Date Filed: _11-20-18_

Line of Business: _Printer_ NAICS Code: _323111_

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

**RESPONSIBLE PARTY:**

_____
Original Signature of Responsible Party

_Theresa Gavola_
Printed Name of Responsible Party:

**Questionnaire:  (All questions to be answered on behalf of the debtor.)**

| | | | |
|---|---|---|---|
| 1. | Is the business still operating? | Yes ✔ | No _____ |
| 2. | Have you paid all your bills on time this month? | Yes ✔ | No _____ |
| 3. | Did you pay your employees on time? | Yes ✔ | No _____ |
| 4. | Have you deposited all the receipts for your business into the DIP account this month? | Yes ✔ | No _____ |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | Yes ✔ | No _____ |
| 6. | Have you timely filed all other required government filings? | Yes ✔ | No _____ |
| 7. | Have you paid all of your insurance premiums this month? | Yes ✔ | No _____ |

8.  Do you plan to continue to operate the business next month?   Yes ✓  No ____

9.  Are you current on your quarterly fee payment to
    the U.S. Trustee?                                             Yes ✓  No ____

10. Have you paid anything to your attorney or other
    professionals this month?                                    Yes ____  No ✓

11. Did you have any unusual or significant unanticipated
    expenses this month?                                         Yes ____  No ✓

12. Has the business sold any goods or provided services
    or transferred any assets to any business related to
    the DIP in any way?                                          Yes ____  No ✓

13. Do you have any bank accounts open other than the DIP account?  Yes ____  No ✓

14. Have you sold any assets other than inventory this month?    Yes ____  No ✓

15. Did any insurance company cancel your policy this month?     Yes ____  No ✓

16. Have you borrowed money from anyone this month?             Yes ____  No ✓

17. Have you paid any bills you owed before you filed bankruptcy?  Yes ____  No ✓

**TAXES**

Do you have any past due tax returns or past due post-petition
tax obligations?                                                Yes ____  No ✓

If yes, please provide a written explanation including when such returns will be filed, or when such
payments will be made and the source of the funds for the payment.

*(Exhibit A)*

**INCOME**

Please separately list all of the income you received for the month. The list should include all income from
cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

**TOTAL INCOME** $ 28,531.11

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month.................................................................. $ 1405.41
Cash on Hand at End of Month.................................................................... $ 1439.65
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH
CURRENTLY AVAILABLE TO YOU ............................................. **TOTAL** $ 1439.65

*(Exhibit B)*

## EXPENSES

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

**TOTAL EXPENSES $** 41,085.87

*(Exhibit C)*

## CASH PROFIT

Income for the month (total from Exhibit B).................................................................... $ 28,531.11
Expenses for the month (total from Exhibit C)................................................................. $ 41,085.87

*(Subtract line C from line B)*  **CASH PROFIT FOR THE MONTH**................... $ expenses from November mailed to December

## UNPAID BILLS

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................ **TOTAL PAYABLES $** 9302.00

*(Exhibit D)*

## MONEY OWED TO YOU

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................ **TOTAL RECEIVABLES $** 1270.22

*(Exhibit E)*

## BANKING INFORMATION

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

## EMPLOYEES

Number of employees when the case was filed?                                                    2

Number of employees as of the date of this monthly report?                           2

## PROFESSIONAL FEES

### *BANKRUPTCY RELATED:*

Professional fees relating to the bankruptcy case paid during
this reporting period? ......................................................................................... $ 0

Total professional fees relating to the bankruptcy case paid
since the filing of the case? ............................................................................ $ 0

### *NON-BANKRUPTCY RELATED:*

Professional fees paid not relating to the bankruptcy case paid
during this reporting period? ......................................................................... $ 0

Total professional fees paid not relating to the bankruptcy case
paid during this reporting period? ............................................................... $ 0

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided
at the initial debtor interview.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 22,914.26 | $ |
| EXPENSES | $ | $ 9,302.00 | $ |
| CASH PROFIT | $ | $ 13612.26 | $ |

Not All PAYAbles recieved As of 12/31/19

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: ......................................... $ 15,353.35

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: ..................................... $ 3702.00 +

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: .............................. $ 11,651.35

PAYAbles not recieved As of 1-27-20

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND
BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**